AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

DIANA CURRY,

| | |
|---|---|
| _____ )<br>_Plaintiff_ )<br>v. )<br>TRI-STATE MEMORIAL HOSPITAL; SPORT )<br>PHYSICAL THERAPY CLINIC, PLLC, an Idaho )<br>business entity, )<br><br>_____<br>_Defendant_ | Civil Action No.   14-CV-0336-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The Amended Complaint and the claims therein against S.P.O.R.T. Physical Therapy Clinic, PLLC, an Idaho Business Entity, are DISMISSED WITHOUT PREJUDICE and without costs or attorney fees to any party.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Justin L. Quackenbush _____ on a motion for stipulated dismissal.

Date:   10/19/2016 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Cora Vargas _____

*(By) Deputy Clerk*

Cora Vargas _____